# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

MICHAEL E. PRYOR,

     Petitioner,

   v.

THERESA CISNEROS, WARDEN,

     Respondent.

Case No. CV 20-5428 JAK (MRW)

JUDGMENT

   Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

   IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: __April 14, 2021__

_____

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE